## PATRICK COUGHLIN *vs.* HENRY F. BALL.

The wrongful taking of personal property from the owner's possession is of itself a conver-
sion; although the taker delivers it to one who was negotiating with the owner for its
purchase, and had conspired with a creditor of the owner to purchase it on credit, in order
that the price might be attached on a trustee process, and the taker of the property did
not know of or participate in the conspiracy.

TORT for the conversion of a cow.

At the trial in the superior court, before *Rockwell*, J., it ap-
peared that on the 6th of April 1861 the plaintiff owned the
cow, and bargained to sell her to William K. Palmer; and there
was evidence on the part of the plaintiff that the sale was not
to take effect until payment of the price, and on the part of the
defendant that the sale was on credit. There was also evidence
to show that Palmer conspired with Edward Moore, a creditor of
the plaintiff, to purchase the cow on credit, in order that the price
might be attached on a trustee process which was instituted in
favor of Moore against the plaintiff, and delivered to the defend-
ant as an officer for service ; and that, while the negotiations were
in progress, the defendant took the cow from the possession of
the plaintiff's son, though not by way of attachment on the writ,
and tied her up in the barn of Palmer, by whom she was there-
after retained. No exceptions were taken to the instructions of

the judge to the jury as to what constitutes a conversion, but the defendant requested him to instruct them that "if they believed there was a conspiracy on the part of Palmer and Moore, they must further find that defendant was knowing to said conspiracy and participated therein, in order to make what he did in regard to the cow such a conversion or intermeddling with the same as to render defendant liable in this action." The judge declined so to rule, and the jury returned a verdict for the plaintiff. The defendant alleged exceptions.

*J. Branning*, for the defendant.

*M. Wilcox*, for the plaintiff.

METCALF, J. Under the instructions given to the jury, they have found that the defendant wrongfully took from the possession of the plaintiff a cow which was his property, and that he was thereby deprived of her. That a wrongful taking of property from the owner's possession is one mode of converting it to the wrongdoer's use is a settled and familiar rule of law. No part of the judge's instructions furnishes to the defendant any legal ground of exception.

The judge rightly declined to give the last instruction for which the defendant asked. It would have been erroneous, if given. *Exceptions overruled.*